**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Francisco Misael AMAYA–PORTILLO,
AKA Francisco Amaya–Portillo,
Defendant–Appellant.**

No. 15-10533

United States Court of Appeals,
Ninth Circuit.

Submitted September 12, 2016 *
San Francisco, California

Filed September 19, 2016

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

William G. Voit, Attorney, USPX—Office of the US Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Thomas M. Hoidal, Esquire, Law Office of Thomas M. Hoidal, P.L.C., Phoenix, AZ, for Defendant–Appellant.

Before: W. FLETCHER, CHRISTEN, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

After Francisco Amaya–Portillo pleaded guilty to violating 8 U.S.C. § 1326(a), the district court sentenced him to 18–months of imprisonment, followed by three years of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and affirm the sentence.

Amaya–Portillo's sole claim on appeal is that the government breached the plea agreement he had entered into by implicitly arguing for a harsher sentence than the agreement allowed. We disagree. While the government could have recommended the agreed-upon sentence more enthusiastically, it had no obligation to do that. *See United States v. Johnson*, 187 F.3d 1129, 1135 (9th Cir. 1999). Here, the government recommended the proper sentence, gave reasons to support it, and addressed likely objections. This is all the agreement reasonably demanded.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).